# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARLIN CONNER,** | ) |
| | ) |
| **Plaintiff ,** | ) |
| | ) |
| v. | ) Case No. 2:11-cv-1945-AKK-TMP |
| | ) |
| **CITY OF BESSEMER,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on November 18, 2011, recommending that the federal claims in this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that, to the extent the complaint asserts a state law defamation claim, the court decline to exercise jurisdiction over that claim and that it be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommenda-

tion is ACCEPTED.  Accordingly, the federal claims in this action are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Additionally, any state law claims asserted in the complaint are due to be dismissed without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  A Final Judgment will be entered.

Done the 27th day of December, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE